UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE KAREN S. CRAWFORD)**

| UNITED STATES OF AMERICA, | ) | Case No. 20MJ0780-KSC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| Miguel Jose Mayne Garcia, | ) | ORDER DENYING MOTION FOR ORDER FOR AMENDMENT OF RELEASE CONDITIONS |
| Defendant. | ) | |

**IT IS HEREBY ORDERED,** Motion having been made to amend the defendant's conditions of release is hereby Denied without Prejudice for the following reasons:

1) The Court finds a bond secured by the defendant's own recognizance to be insufficient.
2) Defense counsel has not presented an adequate bond proposal.

**SO ORDERED.**

Dated: 9:01 AM, Mar 24, 2020

_____
KAREN S. CRAWFORD
U.S. Magistrate Judge